## INFECTION PREVENTION TECHNOLOGIES, LLC, Plaintiff–Appellee,

v.

## LUMALIER CORPORATION, Defendant–Appellant.

No. 2014–1038.

United States Court of Appeals, Federal Circuit.

June 20, 2014.

Marc Lorelli, Brooks Kushman P.C., of Southfield, MI, argued for plaintiff-appellee. With him on the brief was Frank A. Angileri.

John F. Triggs, Waddey & Patterson, P.C., of Nashville, TN, argued for defendant-appellant. Of counsel was Ryan D. Levy.

NEWMAN, REYNA, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED. See Fed. Cir. R. 36.**